UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- : | 3:CR 16-223 |
| : | |
| CALEB SMITH, : | |
| Defendant : | |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Pennsylvania hereby dismisses the Indictment against the Defendant, CALEB SMITH. The defendant died on September 1, 2016.

Respectfully submitted,
BRUCE D. BRANDLER
United States Attorney

Date: October 24, 2016

/s/ Michelle L. Olshefski
Michelle L. Olshefski
Assistant United States Attorney
PA 79643
Office of the U.S. Attorney
Suite 311, 235 North Washington Ave.
Scranton, PA 18501
570-348-2800/FAX (570) 348-2037

## ORDER

And now this 24 day of Oct 2016, the Indictment is hereby dismissed.

JAMES M. MUNLEY
U.S. DISTRICT COURT